IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUETRITON BRANDS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, RANDY MOORE, in his official capacity as Chief of the United States Forest Service, CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the United States Forest Service, JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the United States Forest Service, and MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the San Bernardino National Forest of the United States Forest Service, <br><br> *Defendants*. | Case No. 1:24-cv-2302 |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to LCvR 65.1, Plaintiff BlueTriton Brands, Inc., respectfully move this Court to preliminarily enjoin the U.S. Forest Service to withdraw its July 26, 2024 "Notice of Denial of Application for Use and Occupancy of National Forest Lands; Termination of Special Use Permit FCD728503" (the "Notice of Denial"), which purports to place immediate, full, and indefinite restrictions on Plaintiff's ability to rely on a right-of-way identified in Special Use Permit FCD728503 and thereby prevent Plaintiff's vested rights to access water from certain springs located in the San Bernardino National Forest known as the "Arrowhead Springs."

1

The basis for such injunction is further explained in the memorandum of law in support of this motion filed herewith, and the declarations attached thereto.

In addition, Plaintiff respectfully moves for an expedited hearing.

Dated:  August 6, 2024

Respectfully submitted,

*/s/ George P. Sibley III*
George P. Sibley III (D.C. Bar No. 1011939)
Kevin S. Elliker (D.C. Bar No. 90011101)
(D.D.C. admission pending)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
gsibley@HuntonAK.com
kelliker@HuntonAK.com

Todd S. Mikolop (D.C. Bar No. 1030859)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1500
tmikolop@HuntonAK.com

*Counsel for Plaintiff BlueTriton Brands, Inc.*