# EXHIBIT 6



**Secretary of State**
**Amended Statement by Foreign Corporation**
(Name Change ONLY)

ASDC

**FILED**
Secretary of State
State of California
A0855363
Filing Number
05/05/2021
Filing Date

**IMPORTANT** — Read Instructions before completing this form.

**Additional Requirements:**

- **Certificate Showing the Name Change:** If the legal name of the foreign corporation has changed in the state, foreign country or place of formation, this form **must be submitted** with a current certificate issued by the government agency where the foreign corporation was formed that certifies the change of name and includes both the old and new corporate name. (California Corporations Code section 2107.) **Note:** A certified copy of the name change amendment does not meet California statutory requirements.

- **Certificate of Name Approval (Insurers ONLY):** If the foreign corporation is subject to the Insurance Code as an insurer, this form also **must be submitted** with a Certificate of Name Approval issued by the California Insurance Commissioner. (California Corporations Code section 2106.5.)

**Filing Fee** – $30.00

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the foreign corporation as it is recorded with the California Secretary of State.)

Nestle Waters North America Inc.

**2. New Corporate Name** (Enter the new name of the foreign corporation. **Note:** The certificate from the government agency where the corporation was formed, as noted in the "Additional Requirements" section above, is not required if legal corporate name has not changed and you are merely filing this form to delete or change a "doing business as" name.)

BlueTriton Brands, Inc.

**3. Jurisdiction** (Enter the state, foreign country or place where this corporation is formed – must match the jurisdiction on the records of the California Secretary of State.)

Delaware

**4. 7-Digit Secretary of State Entity Number**

C1879121

**5. Read and Sign Below** (See Instructions. Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

*Bion Piepmeier* (Signature)

Bion Piepmeier
Type or Print Name

ASDC (REV 12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

CA050 - 01/20/2021 C T Filing Manager Online



# Delaware
## The First State

A0855363

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "NESTLE WATERS NORTH AMERICA INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "BLUETRITON BRANDS, INC." ON THE NINTH DAY OF APRIL, A.D. 2021, AT 1:42 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

2110036  8320
SR# 20211540355

Authentication: 203103165
Date: 04-30-21

You may verify this certificate online at corp.delaware.gov/authver.shtml