# EXHIBIT 7

FOREST SUPERVISOR, San Bernardino                    2710
                                                    August 28, 1964

KENTON P. CLARK, District Ranger, Cajon

Special Uses - Applications, Arrowhead & Puritas

The following clauses are submitted for inclusion in the 10 year term permit being considered for the Arrowhead and Puritas water development in Section 31, T.2N., R.3W., S.B.B.&M.

18. A fire prevention and suppression plan, adequate in the judgement of the Forest Supervisor, will be prepared by the Forest Service and placed in effect by the permittee. The fire plan, when approved, shall be attached to and become a part of this permit at the time of issuance, and will remain in effect until all construction work in connection with this permit is completed to the satisfaction of the Forest Supervisor.

20. This permit confers no rights upon the permittee for the use of the water involved. Such rights are obtained and retained under applicable State Law. Should any water rights accrue to the permittee during the operation of this water development, they will be waived to the United States at the termination of this permit.

21. In the event of fire, the permittee shall allow the Forest Service, or other cooperating fire fighting agencies, to draw upon any or all existing water lines and reservoirs for water to be used for filling fire trucks or pumping for actual fire fighting purposes and will install, as required by the District Ranger, outlets of suitable size for this purpose.

22. Identical to NN-6.

23. Identical to NN-7.

24. Permittee shall provide at least two valves and outlets in the conduit line, at locations acceptable to the District Ranger, to provide water for wildlife. Sufficient flow shall be provided at all times during the dry season to keep an open basin or other container on not less than five gallons capacity full of water.

25. Upon termination of this permit, all sub-surface structures and improvements, such as water funnels shafts, and spring developments shall remain in place and become the property of the United States of America.

The fire plan required by clause 18 above should be similar to the attached Standard Fire Plan with changes as shown in red pencil. Camp locations, heliports, clearing requirements and other fire prevention requirement details can be arranged on the ground, with appropriate written notice.

[signature]