# EXHIBIT 12



HALEY & ALDRICH, INC.
One Arizona Center
400 E. Van Buren St., Suite 545
Phoenix, AZ  85004
602.760.2450

**TECHNICAL MEMORANDUM**

16 July 2024
File No. 0210278-001

| | |
|---|---|
| TO: | BlueTriton Brands, Inc. |
| | Tam Pham, Senior Springs Resource Manger |
| FROM: | Haley & Aldrich, Inc. |
| | Mark Nicholls, PG, CHG |
| SUBJECT: | Executive Summary, Hydrologic Characterization of Surface Water and Groundwater Resources, Strawberry Canyon, San Bernardino County, California. |

At your request, Haley & Aldrich, Inc. (Haley & Aldrich) has prepared this executive summary to present conclusions of hydrologic studies and monitoring conducted in Strawberry Canyon over the past eight years.

# Executive Summary

## BACKGROUND

For more than 120 years, BlueTriton Brands Inc. (BTB) and its predecessors-in-interest have collected water at a group of springs, collectively referred to as Arrowhead Springs,[1] located in Strawberry Canyon (Canyon), for use in the production of bottled water products. Strawberry Canyon is located on the southern slope of the San Bernardino Mountains north-northeast of the City of San Bernardino within the boundaries of the San Bernardino National Forest (SBNF), in San Bernardino County, California.

Water is collected by means of ten horizontal boreholes and two water collection tunnels constructed within the Canyon. Water collected from the horizontal boreholes and tunnels flows by gravity through a common 4-inch pipeline to water silos at the Arrowhead Hotel Campus. Water flows from the boreholes and tunnels and down the pipeline by the force of gravity, no pumps are used to withdraw or convey the water.

The water collection sites, and part of the pipeline, are located on lands controlled by SBNF. Since 1929, the water collection system has been operated in accordance with special use permits (SUPs) issued by SBNF which grant occupancy privileges for a right-of-way for conveyance and water collection infrastructure. The

---

[1] The term "Arrowhead Springs," "springs," and "spring" as used in this document refer to geographic and hydrographic features within the study area. In certain cases, these terms refer to named features associated with the existing water collection system. These terms are not intended to convey a legal definition of surface water features or water rights associated with those features.

www.haleyaldrich.com

BlueTriton Brands, Inc.
16 July 2024
Page 2

current SUP (No. FCD728501) was issued on 24 August 2018. The California Department of Public Health, Food and Drug Branch (CDPH-FDB) has issued a Private Water Source Operators License (PWSOL No. 86072) for the Arrowhead Springs water source.

Historical water collection from the Canyon has been consistently reported on an annual basis to the State Water Resources Control Board (SWRCB), in accordance with the Water Recordation Act (California Water Code §§ 4999-5009). Historical reporting extends from 1947 to the present.

## STRAWBERRY CANYON HYDROLOGY STUDY

BTB conducted a study of hydrologic conditions within Strawberry Canyon, in collaboration with SBNF staff, to characterize surface and groundwater resources within the Canyon. The focus of the study was based on the specific hydrologic criteria defined by the SBNF and included testing to evaluate the relationship between water collection infrastructure and flow in Strawberry Creek.

## SUMMARY OF STUDY CONCLUSIONS

Below is a summary of the conclusions from the study:

- Water collection at each of the Arrowhead spring water boreholes does not have a measurable effect on the flow in Strawberry Creek.
- The collection of spring water has not reduced flow from the U.S. Forest Service (USFS) borehole located near the Town of Rimforest. The 6.25-gallon-per-minute flow measured at the USFS Diversion in the 1930s has decreased as a result of climatic changes and/or groundwater pumping in the Town of Rimforest.
- The USFS asked that BTB study Strawberry Canyon in comparison to other nearby canyons. This study is called a paired basin study. The study found that:
  - Strawberry Creek does not show extensive or increasing gullied sections of channels.
  - Strawberry Creek does not show signs of active erosion at greater than natural rates.
  - Strawberry Creek does not show channel degradation or aggradation as a result of unstable streambeds and banks.
  - Strawberry Creek does not show more than 50 percent of stream channels disconnected from the floodplain or braiding due to increased sediment loads.
- Paired basin analysis shows that no creek channel impairment has occurred in Strawberry Canyon as a result of water collection in the Canyon.

These conclusions are based on hydrologic analyses and water resource monitoring data collected approximately monthly from the fall of 2016 until summer of 2024, and are consistent with the data collected from the fall of 1930 through spring of 1931.  The 1930's data reflect stream conditions similar to those observed today in Strawberry Canyon and demonstrate that Strawberry Creek been an intermittent stream since that time, only flowing at the surface on a seasonal basis.

