# EXHIBIT 15



| United States Department of Agriculture | Forest Service | San Bernardino National Forest Supervisor's Office | 602 S Tippecanoe Ave San Bernardino, CA  92408 909-382-2600 TDD: 1-800-735-2922 |
|---|---|---|---|

**File Code:** 2720  **Date:** March 1, 2024

Louis Mixon, III
Senior Natural Resource Manager
BlueTriton Brands, Inc
4718 Mountain Creek Parkway
Dallas, TX 75236

Dear Sir,

The San Bernardino National Forest thanks you for your continued attention to the issue of BlueTriton's (BTB's) authorized occupancy of Forest lands. We appreciate BTB's prior correspondence in response to the Forest's inquiries, nevertheless we find that more information is necessary to understand the changes BTB has made to its operations under the current permit. We also seek to better understand the intended future operations in order to properly evaluate BTB's current application for the issuance of a new permit.

As you are aware, BTB's continued operation under expired authorization FCD728503 (Permit) is contingent upon BTB's compliance with the terms and conditions of that Permit. The Permit stipulates that the beneficial use of water transiting BTB's authorized improvements may not be changed, nor may the location of the water's use, unless authorized by the Forest (see paragraph VIII H 1). Clearly BTB is now delivering water in different volumes, to different locations, for different uses than when the permit was issued. Therefore, the Forest requests the following clarifications:

1. Please submit the planned amounts of water to be delivered (volumes in gallons or acre-feet) to all recipients, and the amounts of water (volumes in gallons or acre-feet) for each beneficial use.
2. The Forest has noted that, according to BTB's monthly compliance reports, BTB delivered 46.5 acre-feet of water to the San Manuel Band of Mission Indians (Tribe) in three months. This is many times more than the historic average of the Tribe's deliveries. Please provide an explanation of the current and expected uses of this volume of water.
3. The Tribe's receipt and use of water is limited to a riparian right. Please provide further information supporting this use:
   - Any information demonstrating that the amount of water diverted for the Tribe is not more than would flow naturally past the property on which the riparian right is claimed.
   - Demonstrate that the total amount from wells and the springs complies with the State's recordation program and requirement for reasonable use. Please provide a statement detailing volumes dedicated to different uses for all water sources.
   - Provide documentation that the water is not stored or transported and is used on a daily basis.
   - Provide documentation that the diversion of water to the Tribe is not adversely impacting surface resources in the watershed.
4. In BTB's compliance report for November, you describe how the Transect 6 discharge caused a reduced volume in the pipe. Please explain how removing the discharge could have led to this claimed volume reduction in the pipe. If the absence of the discharge did lead to errors, please explain whether there were any errors in measurement prior to 2022 when the equipment was installed.



Caring for the Land and Serving People          Printed on Recycled Paper

2

The Forest requests that BTB submit, in accordance with its Permit, a Water Well Decommissioning plan for the removal of all stainless pipe and pipe supports from 7, 7A, 7B, and 7C. The plan should include details for the removal of the pipes and ancillary facilities associated with the 7s Complex, as well as a detailed timeline for the restoration of the impacted surface areas. The plan should also include restoration/revegetation of the road but should leave the above-ground portions of the vaults in place. Please submit the plan to me in writing by 2-Apr-2024.

Sincerely,

Michael Nobles

DISTRICT RANGER