# EXHIBIT 16















April 23, 2024      via email Michael.Nobles@usda.gov

Michael Nobles, District Ranger
United States Department of Agriculture
San Bernardino National Forest
602 S. Tippecanoe Ave.
San Bernardino, CA 92408

District Ranger Nobles:

I am writing in response to your letters to BlueTriton Brands, Inc. (BTB) dated March 1, 2024, and March 25, 2024, which were received via email from Mr. Dave Anderson, United States Forest Service (USFS), on March 26, 2024.  Thanks very much to you and your team for providing copies of the recent correspondence via email, and for agreeing to do the same for future correspondence.  This will ensure timely receipt and distribution to our respective team members.  We note that BTB has provided timely responses to all previous requests for information from the USFS, and we are not aware of any non-compliance or alleged non-compliance with the provisions of Special Use Permit No. FCD728503 (SUP).

As a preliminary matter, we note that the SUP does not govern BTB's specific beneficial uses of water, the locations of such uses, or the recipients of such water deliveries.  As set forth in the SUP, the SUP authorizes BTB's use or occupancy of 4.51 acres of land in the San Bernardino National Forest (SBNF) for the purpose of operating and maintaining BTB's water collection and transmission system (including tunnels, wells, vaults, pipelines, helicopter landing areas, and monitoring stations), as well as the use of 5.7 miles of access trails and USFS road 1N24.

Nevertheless, we are happy to inform you that there has been no change in locations of use, beneficial uses, or recipients of water deliveries.  BTB's beneficial uses of water from Strawberry Canyon are consistent with BTB's commercial and industrial needs (e.g., bottling and line hygiene), its contractual commitments with the San Manuel Band of Mission Indians (SMBMI), and its commitment to environmental protection in Strawberry Canyon.  BTB and its predecessors have delivered water to the Arrowhead Hotel property (now owned by the SMBMI) since the 1930s in accordance with their contractual obligations, and those longstanding deliveries are encompassed within the SUP's authorizations.  BTB is not discharging water to any new locations or delivering water to any new recipients.  To the extent that there have been recent changes in volumes, these are largely due to natural fluctuations in precipitation, hydrology and hydraulics, and field conditions.

BlueTriton Brands
4718 Mountain Creek Parkway
Dallas, TX  75236

louis.mixon@bluetriton.com
Mobile: (903) 216-2858
bluetriton.com

*BTB Response to USFS Correspondence*
*Letters Dated March 1, 2024, and March 25, 2024*
*April 23, 2024*

*Page 2 of 3*

Even though the SUP does not govern BTB's water rights or volumes of water collected, BTB has been voluntarily providing, and will continue to voluntarily provide, monthly reporting of collections to the USFS and the California State Water Resources Control Board (SWRCB). BTB also submits the required annual recordation of use forms to the Santa Ana River & Whitewater River Watersheds Cooperative Recordation Program, consistent with the requirements of California Water Code Section 4999, *et seq*.

The recent USFS correspondence included a request for information regarding how removal of the Transect 6 infrastructure (as requested by the USFS) could have potentially led to a volume reduction in the pipeline. There may be some confusion here. To clarify, the removal of the Transect 6 infrastructure did not cause a reduction in flow and was not the cause of any high-bias readings. In fact, no measurement challenges were experienced prior to 2022 at the Transect 6 facility, since pipeline pressures at that time were balanced from all sources with a stable flow regime. However, as noted in our November 2023 reporting documentation, BTB's shutting-in of certain spring sources following the issuance of SWRCB Order 2023-0042 created pipeline hydraulic operating conditions never encountered in Strawberry Canyon. These new conditions included reduced flow in portions of the pipeline due to the discharge to atmospheric pressure and entrained air in the pipeline, creating turbulent flow and high bias readings. BTB was able to diagnose the root cause of the issue and installed and adjusted pressure maintenance valves to resolve any measurement errors. These modifications should provide for accurate measurement at the SMBMI meter going forward.

Your correspondence also asked about potential environmental impacts in the Strawberry Canyon watershed resulting from the operation of BTB's facilities. At the USFS's request, BTB has performed long-term hydrologic and paired-basin studies of the area. These studies empirically demonstrate that BTB's operations have no adverse impact on hydrology, vegetation, or wildlife in the watershed.

Your correspondence also requested a detailed decommissioning plan for the removal of BTB infrastructure from spring sources 7, 7A, 7B, and 7C (including restoration and revegetation of the area). BTB is not aware of any legal, permit-related, or contractual basis for this request. While Section VIII(G)(4) of the SUP concerns the decommissioning process, by its plain terms, the Section applies only to "water wells that are no longer needed or maintained." BTB can confirm that all spring sources connected to BTB's collection and transmission system (including spring sources 7, 7A, 7B, and 7C) continue to be both needed and maintained for BTB's operations. In fact, BTB is currently in the process of re-opening all spring sources that were previously shut-in in accordance with SWRCB Order WR 2023-0042, which has since been stayed by the California Superior Court (and in light of the stay, BTB's Compliance Plan dated November 30, 2023, should be deemed suspended until further notice). Accordingly, there is no need for the removal of this infrastructure.



           

*BTB Response to USFS Correspondence*
*Letters Dated March 1, 2024, and March 25, 2024*
*April 23, 2024*

Page 3 of 3

Finally, the recent USFS correspondence included requests for information regarding the SMBMI's use of water.  BTB continues to provide water to the SMBMI in accordance with its contractual commitments and, prior to the stay of SWRCB Order 2023-0042, pursuant to the SMBMI's riparian claims requests as authorized under SWRCB Order 2023-0042.  The SMBMI is a sovereign nation and distinct political entity, separate and apart from BTB.  BTB has no personal knowledge of the details of the SMBMI's internal operations or its beneficial use of water.  Accordingly, BTB respectfully requests that the USFS direct any questions regarding the SMBMI's water use directly to the SMBMI.

BTB has and will continue to sustainably operate its facilities in the SBNF, as we have for over 120 years.  We look forward to continuing our productive relationship with the USFS.  Thank you very much for confirming the introductory and operations meeting on May 22, 2024, at 1:00 p.m. at the USFS Front Country Ranger District Headquarters in Lytle Creek, California.  BTB would also like to acknowledge receipt of your additional email correspondence on April 19, 2024.  We are currently reviewing the materials and will prepare our response in due course.

Please contact me at (903) 216-2858 if you have any questions.

Sincerely,

Louis W. Mixon, III
Senior Natural Resource Manager, BlueTriton Brands, Inc.

cc:     Dave Anderson
        Hih Song Kim, Esq.
        Brendan O'Rourke
        Tam Pham
        Christopher W. Hasbrouck, Esq.
        Robert E. Donlan, Esq.



