CLERK=S OFFICE   CO-932
UNITED STATES DISTRICT COURT   Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:24-cv-02302

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e=s) below.]

- [x] (a) relates to common property
- [ ] (b) involves common issues of fact
- [ ] (c) grows out of the same event or transaction
- [ ] (d) involves the validity or infringement of the same patent
- [ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case:

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

_____ed case
v.   C.A. No.
   (DDC CA00022,
_____   counsel for Plaintiff in related case)
DATE   Signature of Plaintiff /Defendant (or counsel)

GREENFIRE LAW, PC
Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES in his official capacity as Acting District Ranger for the San Bernardino National Forest, <br><br> Defendants. | Case No.   5:24-cv-01336 <br><br> **NOTICE OF RELATED CASES** <br><br> (District Court Case Nos. 5:16-cv-00175-JGB-DTB / 5:15-cv-02098-JGB-DTB) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

1. In accordance with Local Rule 83-1.3, Plaintiff Save our Forest Association, Inc. ("Plaintiff") files the instant Notice of Related Cases.

2. This case is related to *Center for Biological Diversity v. United States Forest Service*, Case No. 5:15-cv-02098-JGB-DTB (subsequent Ninth Circuit appellate Case No. 16-56717), a civil matter, originally filed in this District, that arose from the same or a closely related transaction, happening, or event: a challenge to the special use permit immediately preceding the decision to allow new special use permits which is at issue in this case. The matter was resolved in settlement while on appeal.

3. This case is related to *Story of Stuff Project v. United States Forest Service*, Case No. 5:16-cv-00175-JGB-DTB, a civil matter, originally filed in this District, that arose from the same or a closely related transaction, happening, or event: plaintiffs sought records related to management of the same resources at issue here. Matter was resolved in settlement.

4. Plaintiff was not a party to either of the cases listed above.

5. Accordingly, this case and the matters listed in this notice are related cases for the purposes of Local Rule 83-1.3.

| | |
|---|---|
| | Respectfully Submitted, |
| Dated: June 25, 2024 | |
| | By: *[signature: Rachel S. Doughty]* |
| | Rachel S. Doughty |
| | *Attorneys for Plaintiff* |