UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | No.: 1:24-cv-2302 |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants hereby notice the appearance of Tyler M. Alexander, United States Department of Justice, as counsel for all Defendants in this matter. Mr. Alexander is authorized to appear before this Court as counsel for the United States under Local Rule 83.2(f).

Service of all papers should be addressed as follows:

**Via U.S. Mail:**
Tyler M. Alexander
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

**Via Express Courier:**
Tyler M. Alexander
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Room 2.900
Washington, DC 20002

Mr. Alexander may be reached by telephone at (202) 305-0238 and by email at tyler.alexander@usdoj.gov.

Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Submitted this 7th day of August, 2024,

        TODD KIM
        Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice

        */s/ Tyler M. Alexander*
        TYLER M. ALEXANDER (CA Bar No. 313188)
        Trial Attorney
        Natural Resources Section
        PO Box 7611
        Washington, DC 20044-7611
        Phone: (202) 305-0238
        tyler.alexander@usdoj.gov

        *Attorneys for Defendants*