## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLUETRITON BRANDS, INC., | |
| *Plaintiff*, | |
| v. | Case No. 1:24-cv-2302 |
| UNITED STATES FOREST SERVICE, RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, CHRISTPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, and MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the United States Forest Service, | **NOTICE OF OBJECTION TO NON-PARTY SAVE OUR FOREST ASSOCIATION, INC.'S NOTICE OF DESIGNATION OF RELATED CIVIL CASES** |
| *Defendants*. | |

Plaintiff BlueTriton Brands, Inc. ("BlueTriton"), files this Notice of Objection to Non-Party Save Our Forest Association, Inc.'s Notice of Designation of Related Civil Cases (ECF No. 3), and states as follows:

1.    On August 6, 2024, BlueTriton commenced this suit in this Court challenging the United States Forest Service's July 26, 2024 Notice of Denial of Application for Use and Occupancy of National Forest Lands; Termination of Special Use Permit FCD728503 (the "Notice of Denial"). As alleged in the Complaint (ECF No.1), this official agency action by the Forest Service violates the Administrative Procedure Act (APA), 5 U.S.C. § 701, *et seq*.

2.     Late on the same evening BlueTriton filed its complaint, Non-Party Save Our Forest Association, Inc. ("SOFA") filed a Notice of Designation of Related Civil Cases (ECF No. 3), alleging that this action is "related" to a pending action captioned *Save Our Forest Association, Inc. v. U.S. Forest Service, et al.*, No. 5:24-cv-1336 (C.D. Cal.) (filed June 25, 2024) (the "SOFA Case").[1]

3.     This case is not related to the SOFA Case.  Although both cases involve BlueTriton's facilities in the San Bernardino National Forest, the SOFA Case challenges the Forest Service's issuance of special use permits to BlueTriton in August 2018, August 2022, and February 2023 under the Federal Land Policy Management Act, 43 U.S.C. § 1701 (FLPMA), the National Forest Management Act, 16 U.S.C. § 1600, *et seq.* (NFMA), the National Environmental Policy Act, 42 U.S.C. § 4321, *et seq.* (NEPA), and the APA.  This case challenges the Forest Service's *denial* on July 27, 2024, of a *new* special use permit application under the APA.  Indeed, the agency action challenged here post-dates each of the agency actions challenged in the SOFA Case by well over one year.

4.     To the extent this Court considers, or a party requests, transfer of this case to the U.S. District Court for the Central District of California at some future date, BlueTriton reserves the right to address the relevant considerations regarding venue at the appropriate time.

Dated:  August 9, 2024                        Respectfully submitted,

                                              */s/ George P. Sibley III*

---

[1] Per SOFA's Notice, SOFA filed with the Central District of California on June 25, 2024, a Notice of Related Cases linking two older, closed matters as "related" to the SOFA Action:  *Center for Biological Diversity v. U.S. Forest Service*, No. 5:15-cv-2098-JGB-DTB (C.D. Cal.) (filed Oct. 13, 2015; closed Sept. 20, 2016), and *Story of Stuff Project v. U.S. Forest Service*, No. 5:16-cv-175-JGB-DTB (C.D. Cal.) (filed Jan. 29, 2016; closed Oct. 4, 2016).  As SOFA acknowledges, it was not a party in either of these earlier-filed and long-closed cases.

George P. Sibley III (D.C. Bar No. 1011939)
Kevin S. Elliker (D.C. Bar No. 90011101)
(D.D.C. admission pending)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
gsibley@HuntonAK.com
kelliker@HuntonAK.com

Andrew J. Turner (D.C. Bar No. 471179)
Todd S. Mikolop (D.C. Bar No. 1030859)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1500
aturner@HuntonAK.com
tmikolop@HuntonAK.com

*Counsel for Plaintiff BlueTriton Brands, Inc.*