AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| BLUETRITON BRANDS, INC., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-02302-JDB |
| UNITED STATES FOREST SERVICE; et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  George P. Sibley, III
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/07/2024               /s/ Charles Briggs
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02302-JDB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office for the District of Columbia was received by me on *(date)* August 7, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
On August 7, 2024, I served the Summons, Complaint and Motion for Preliminary Injunction and Memorandum in Support to the Civil Process Clerk at the US Attorney's office, District of DC via electronic mail. On August 8, 2024, I also caused copies to be served via certified mail which was delivered August 12, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: August 12, 2024

*Server's signature*

Stephanie E. Meharg, Sr. Paralegal

*Printed name and title*

Hunton Andrews Kurth LLP
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219

*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Meharg, Stephanie |
| **Subject:** | RE: BlueTriton Brands, Inc. v. United States Forest Service, et al., 1:24-cv-02302-JDB (DDC) Email 1 of 4 |
| **Date:** | Sunday, August 11, 2024 9:42:09 AM |

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Your service package has been received and accepted with a service date of August 7, 2024.  Thank you.

**From:** Meharg, Stephanie <smeharg@hunton.com>
**Sent:** Wednesday, August 7, 2024 3:40 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Hudak, Brian (USADC) <BHudak@usa.doj.gov>; Sibley, Trey <gsibley@hunton.com>; Elliker, Kevin <KElliker@huntonak.com>
**Subject:** [EXTERNAL] BlueTriton Brands, Inc. v. United States Forest Service, et al., 1:24-cv-02302-JDB (DDC) Email 1 of 4

On behalf of Mr. Sibley and Mr. Elliker, attached are a Complaint filed in the US District Court of DC and a Summons issued to your office.  Also attached is a Motion for Preliminary Injunction with Memorandum in Support.  Due to file size limitations, the exhibits to the Memorandum in Support will follow in 3 separate emails.

**Stephanie Meharg**
Sr Paralegal
smeharg@HuntonAK.com
p 804.788.8429

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

HuntonAK.com

| USPS Manifest Mailing System | | Mail Date: 08/08/2024 | | | | Page: | 1 of 1 | |
|---|---|---|---|---|---|---|---|---|
| **Mailer's Name and Address:**<br>Hunton Andrews Kurth LLP Richmond (01)<br>951 E. Byrd ST<br>Ste 200<br>Richmond, VA 23219 | | **Permit Number:** | | | | **MAC Ver. Number**<br>ConnectShip Progistics ver 6.5 | | |
| | | **Sequence Number:** | | | | ERIKA RODRIGUEZ | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | | ES<br>Type | Postage | ES<br>Fee | Insured<br>Value | Due<br>Sender | Total<br>Charge |
| 9414814902582530009646<br>082416.0000031 | U.S. Attorney's Office for the District of Columbia<br>601 D St NW<br>Washington, DC 20530-0034 | | C<br>ERR | 0.69 | 4.85<br>2.62 | | 0.00 | 8.16 |

| Page Totals: 1 | 0.690 | Total ES | 8.160 |
|---|---|---|---|

Form 3877 (Facsimile)

USPS CERTIFICATION

Total Number of Pieces Received: _____

Signature of Receiving Employee

Round Stamp: CAPITOL STATION / AUG 08 2024 / RICHMOND VA 23219

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST, MID-ATLANTIC, AND NORTH…

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414814902582530009646

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:05 am on August 12, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
August 12, 2024, 5:05 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 11, 2024, 9:36 am

● **Arrived at Hub**
WASHINGTON, DC 20018
August 11, 2024, 8:37 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 11, 2024, 5:23 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 11, 2024, 5:13 am

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  August 11, 2024, 5:13 am

- **Departed USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  August 11, 2024, 4:32 am

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  August 10, 2024, 11:23 pm

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**Return Receipt Electronic**

**USPS Tracking Plus®**

**Product Information**

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**