AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BLUETRITON BRANDS, INC., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-02302-JDB |
| UNITED STATES FOREST SERVICE; et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   George P. Sibley, III
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/07/2024

/s/ Charles Briggs
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02302-JDB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland, Attorney General of the United States, U.S. Department of Justice

was received by me on *(date)* August 7, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
On August 8, 2024, I caused copies the Summons, Complaint, Motion for Preliminary Injunction and Memorandum in Support to be served via certified mail which was delivered on August 12, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: August 12, 2024

*Server's signature*

Stephanie E. Meharg, Sr. Paralegal

*Printed name and title*

Hunton Andrews Kurth LLP
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219

*Server's address*

Additional information regarding attempted service, etc:

| USPS Manifest Mailing System | | Mail Date: 08/08/2024 | | | | Page: | 1 of 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name and Address:**<br>Hunton Andrews Kurth LLP Richmond (01)<br>951 E. Byrd ST<br>Ste 200<br>Richmond, VA 23219 | | **Permit Number:** | | | | **MAC Ver. Number**<br>ConnectShip Progistics ver 6.5<br><br>*ERIKA RODRIGUEZ* | |
| | | **Sequence Number:** | | | | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insured<br>Value | Due<br>Sender | Total<br>Charge |
| 9414814902582530009608<br>082416.0000031 | U.S. Department of Justice<br>950 Pennsylvania Ave NW<br><br>Attorney General of the United States<br>Washington, DC  20530-0001 | C<br>ERR | 0.69 | 4.85<br>2.62 | | 0.00 | 8.16 |

Page Totals: 1                                      0.690         Total ES                  8.160

Form 3877 (Facsimile)

USPS CERTIFICATION

Total Number of Pieces Received: _____

Signature of Receiving Employee

Round Stamp:

[Stamp: CAPITOL STATION / AUG 08 2024 / RICHMOND VA 23219]

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST, MID-ATLANTIC, AND NORTH…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9414814902582530009608

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:05 am on August 12, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
August 12, 2024, 5:05 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
August 11, 2024, 9:36 am

### Arrived at Hub
WASHINGTON, DC 20018
August 11, 2024, 8:37 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
August 11, 2024, 5:23 am

### Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
August 11, 2024, 5:13 am

Feedback

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  August 11, 2024, 5:13 am

- **Departed USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  August 11, 2024, 4:32 am

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  August 10, 2024, 11:23 pm

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]