AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BLUETRITON BRANDS, INC., *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. 1:24-cv-02302-JDB |
| UNITED STATES FOREST SERVICE, et al. *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Forest Service
c/o General Counsel, U.S. Department of Agriculture
1400 Independence Avenue, SW
Whitten Building
Washington, D.C. 20250-1400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   George P. Sibley, III
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/07/2024                                           /s/ Charles Briggs
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02302-JDB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Forest Service c/o General Counsel, U.S. Department of Agriculture

was received by me on *(date)* August 7, 2024 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
On August 8, 2024, I caused copies the Summons, Complaint, Motion for Preliminary Injunction and Memorandum in Support to be served via certified mail which was delivered on August 12, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 12, 2024

*Server's signature*

Stephanie E. Meharg, Sr. Paralegal

*Printed name and title*

Hunton Andrews Kurth LLP
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219

*Server's address*

Additional information regarding attempted service, etc:

| USPS Manifest Mailing System | | Mail Date: 08/08/2024 | | | Page: | 1 of 1 | |
|---|---|---|---|---|---|---|---|
| **Mailer's Name and Address:**<br>Hunton Andrews Kurth LLP Richmond (01)<br>951 E Byrd ST<br>Ste 200<br>Richmond, VA 23219 | | **Permit Number:** | | | **MAC Ver. Number**<br>ConnectShip Progistics ver 6.5 | | |
| | | **Sequence Number:** | | | *ERIKA RODRIGUEZ* | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insured<br>Value | Due<br>Sender | Total<br>Charge |
| 9414814902582530009653<br>082416 0000031 | United States Forest Service<br>1400 Independence Ave SW<br>Whitten Building<br>U.S. Department of Agriculture<br>Washington, DC  20250-1400 | C<br>ERR | 0.69 | 4.85<br>2.62 | | 0.00 | 8.16 |

Page Totals: 1                    0.690            Total ES                       8.160

Form 3877 (Facsimile)

USPS CERTIFICATION

Total Number of Pieces Received: _____

Round Stamp

[Round Stamp: CAPITOL STATION / AUG 08 2024 / RICHMOND VA 23219]

Signature of Receiving Employee

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST, MID-ATLANTIC, AND NORTH…

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414814902582530009653

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:11 am on August 12, 2024 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20250
August 12, 2024, 8:11 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20250
August 11, 2024, 9:35 am

**Arrived at Hub**
WASHINGTON, DC 20018
August 11, 2024, 6:07 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 11, 2024, 5:23 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER

August 11, 2024, 5:13 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 11, 2024, 5:13 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 11, 2024, 4:32 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 10, 2024, 11:24 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs