## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

BLUETRITON BRANDS, INC.,

      Plaintiff,

      v.

UNITED STATES FOREST SERVICE, *et al.*,

      Defendants.

No.: 1:24-cv-2302-JDB

## NOTICE OF APPEARANCE

Defendants hereby give notice of the appearance of Maggie C. Woodward, trial attorney with the United States Department of Justice, as co-counsel in the above-captioned matter. Tyler M. Alexander will continue as counsel for the Defendants. Service of all papers should be addressed to Ms. Woodward as follows:

| **Mailing Address:** | **Express Deliveries:** |
|---|---|
| Maggie C. Woodward | Maggie C. Woodward |
| U.S. Department of Justice | U.S. Department of Justice |
| Environment and Natural Resources Division | Environment and Natural Resources Division |
| Natural Resources Section | Natural Resources Section |
| P.O. Box 7611 | 150 M Street NE |
| Ben Franklin Station | Room 2.900 |
| Washington, DC 20044-7611 | Washington, DC 20002 |

Ms. Woodward may be reached by email at woodward.maggie@usdoj.gov and by telephone at (202) 305-4224.

Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Submitted this 13th day of August 2024,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ ***Maggie C. Woodward***
MAGGIE C. WOODWARD (MD #2212130001)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-4224
E-mail: maggie.woodward@usdoj.gov

*Attorneys for Defendants*