AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| BLUETRITONBRANDS,INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-2302 |
| UNITED STATES FOREST SERVICE, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BlueTriton Brands, Inc.

Date: 08/14/2024

/s/ Andrew J. Turner
*Attorney's signature*

Andrew J. Turner (D.C. Bar No. 471179)
*Printed name and bar number*

HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
*Address*

aturner@HuntonAK.com
*E-mail address*

(202) 955-1500
*Telephone number*

(202) 828-3771
*FAX number*