IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, RANDY MOORE, in his official capacity as Chief of the United States Forest Service, CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the United States Forest Service, JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the United States Forest Service, and MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the San Bernardino National Forest of the United States Forest Service,<br><br>    *Defendants*. | Case No. 1:24-cv-2302<br><br>**NOTICE OF NON-OPPOSITION TO SAVE OUR FOREST ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF U.S. FOREST SERVICE** |

Please note that Plaintiff Blue Triton Brands, Inc. ("Blue Triton") does not oppose the Motion for Leave to File an Amicus Curiae Brief filed by Save Our Forest Association, Inc. (ECF No. 16).

Dated: August 14, 2024

Respectfully submitted,

*/s/ George P. Sibley III*
George P. Sibley III (D.C. Bar No. 1011939)
Kevin S. Elliker (D.C. Bar No. 90011101)
(D.D.C. admission pending)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
gsibley@HuntonAK.com
kelliker@HuntonAK.com

Andrew J. Turner (D.C. Bar No. 471179)
Todd S. Mikolop (D.C. Bar No. 1030859)
(D.D.C. admission pending)
HUNTON ANDREWS KURTH LLP 2200
Pennsylvania Avenue, N.W. Washington,
DC 20037-1701
(202) 955-1500
aturner@HuntonAK.com
tmikolop@HuntonAK.com

*Counsel for Plaintiff BlueTriton Brands, Inc.*