# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUETRITON BRANDS, INC., *Plaintiff*, v. UNITED STATES FOREST SERVICE, RANDY MOORE, in his official capacity as Chief of the United States Forest Service, CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the United States Forest Service, JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the United States Forest Service, and MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the United States Forest Service, *Defendants*. | Case No. 1:24-cv-2302<br><br>**NOTICE OF AVAILABILITY OF COUNSEL FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Counsel for BlueTriton hereby notifies the Court that counsel for BlueTriton is available for oral argument on BlueTriton's motion, should the Court consider it useful, any date between today and September 13, 2024, except for August 26-27 and September 6. BlueTriton further advises the Court that the parties have discussed an extension of the authorization to deliver water to the San Manuel Band of Mission Indians (See ECF No. 15-21) beyond September 2, 2024. Should the parties reach such an agreement, the parties will advise the Court.

Dated:  August 20, 2024                                   Respectfully submitted,

*/s/ George P. Sibley, III*
George P. Sibley, III (D.C. Bar No. 1011939)
Kevin S. Elliker (D.C. Bar No. 90011101)
(D.D.C. admission pending)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
gsibley@HuntonAK.com
kelliker@HuntonAK.com


Andrew J. Turner (D.C. Bar No. 471179)
Todd S. Mikolop (D.C. Bar No. 1030859)
(D.D.C. admission pending)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1500
aturner@huntonAK.com
tmikolop@HuntonAK.com

*Counsel for Plaintiff BlueTriton Brands, Inc.*