TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
MAGGIE C. WOODWARD (MD 2212130001)
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | No.: 1:24-cv-2302-JDB<br><br>**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT** |

Defendants' response to the Complaint is currently due today, October 7, 2024. Defendants request a two-week extension of time—until October 21, 2024—to lodge their answer. Defendants seek this extension due to the volume of litigation faced by the defendant federal agency and the need for adequate review—both by agency and Department of Justice reviewers—before filing.

Undersigned counsel has conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested extension.

Submitted this 7th day of October 2024,

        TODD KIM
        Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice

        */s/ Maggie Woodward*
        TYLER M. ALEXANDER (CA 313188)
        Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        PO Box 7611
        Washington, DC 20044-7611
        Phone: (202) 305-0238
        tyler.alexander@usdoj.gov

        MAGGIE C. WOODWARD (MD 2212130001)
        Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044-7611
        Phone: (202) 305-4224
        maggie.woodward@usdoj.gov

        *Attorneys for Defendants*