TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
MAGGIE C. WOODWARD (MD 2212130001)
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUETRITON BRANDS, INC., | |
| Plaintiff, | No.: 1:24-cv-2302-JDB |
| v. | |
| UNITED STATES FOREST SERVICE, *et al.*, | |
| Defendants. | |

### [PROPOSED] ORDER

Before the Court is Defendants' Consent Motion for Extension of Time to Answer. Having considered the Motion, the Court **GRANTS** the requested extension. Defendants shall answer the Complaint on or before October 21, 2024.

Dated: October ___, 2024

_____
JOHN D. BATES
Senior United States District Judge