IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUETRITON BRANDS, INC., *Plaintiff*, v. UNITED STATES FOREST SERVICE, *et al.*, *Defendants.* | Case No. 1:24-cv-2302<br><br>**NOTICE REGARDING SUBMISSION OF DECOMMISSIONING PLAN** |

      Counsel for Plaintiff BlueTriton Brands, Inc., advises the Court that on October 18, 2024, Plaintiff BlueTriton Brands, Inc., submitted to the U.S. Forest Service ("USFS") the decommissioning plan required by the July 26, 2024 Notice of Denial (ECF No. 1-22). In its submittal, Plaintiff explained to the USFS that it was submitting the decommissioning plan in accordance with the Notice of Denial but was doing so under protest while this litigation (including Plaintiff's motion for preliminary injunction, ECF No. 2) remains pending. As required by the Notice of Denial, the decommissioning plan describes Plaintiff's plan for removing its infrastructure from San Bernardino National Forest lands. Plaintiff estimates that the work associated with the decommissioning plan will be completed approximately twelve months from the start date and will cost approximately $11,973,530. According to the Notice of Denial, the USFS will review and may approve the plan and direct Plaintiff to complete the infrastructure removal work. Absent an injunction, nothing prevents the USFS from directing implementation of the decommissioning plan.

Dated:  October 22, 2024                        Respectfully submitted,

*/s/ George P. Sibley, III*

George P. Sibley, III (D.C. Bar No. 1011939)
Kevin S. Elliker (D.C. Bar No. 90011101)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
gsibley@HuntonAK.com
kelliker@HuntonAK.com


Andrew J. Turner (D.C. Bar No. 471179)
Todd S. Mikolop (D.C. Bar No. 1030859)
(D.D.C. admission pending)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1500
aturner@huntonAK.com
tmikolop@HuntonAK.com

*Counsel for Plaintiff BlueTriton Brands, Inc.*